Decided May 8, 1995

JOSEPH P. WISNIOWSKI ET AL. *v.* PLANNING COMMISSION OF THE TOWN OF BERLIN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 303 (AC 13181), is denied.

*Kenneth R. Slater, Jr.,* in support of the petition.

*Richard S. Order,* in opposition.

Decided May 8, 1995